JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD TOUNGET, CAROL TOUNGET,<br><br>Plaintiffs,<br><br>vs.<br><br>RIVERSIDE COUNTY A PUBLIC ENTITY; RIVERSIDE COUNTY BOARD OF SUPERVISORS, JEFF STONE, MARION ASHLEY; RIVERSIDE COUNTY CODE ENFORCEMENT DEPARTMENT A DIVISION OF A PUBLIC ENTITY; GREG FLANNERY, AN INDIVIDUAL, AND DOES 1 THRU 10, INCLUSIVE,<br><br>Defendants. | Case No. EDCV 10-1267-DDP (DTB)<br><br>**J U D G M E N T** |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: _December 21, 2011_

                                     DEAN D. PREGERSON
                                     UNITED STATES DISTRICT JUDGE