JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD TOUNGET, CAROL TOUNGET, <br><br> Plaintiffs, <br><br> vs. <br><br> RIVERSIDE COUNTY A PUBLIC ENTITY; RIVERSIDE COUNTY BOARD OF SUPERVISORS, JEFF STONE, MARION ASHLEY; RIVERSIDE COUNTY CODE ENFORCEMENT DEPARTMENT A DIVISION OF A PUBLIC ENTITY; GREG FLANNERY, AN INDIVIDUAL, AND DOES 1 THRU 10, INCLUSIVE, <br><br> Defendants. | Case No. EDCV 10-1267-DDP (DTB) <br><br> **J U D G M E N T** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: _December 21, 2011_

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

1