O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD TOUNGET, CAROL TOUNGET, <br><br> Plaintiffs, <br><br> vs. <br><br> RIVERSIDE COUNTY A PUBLIC ENTITY; RIVERSIDE COUNTY BOARD OF SUPERVISORS, JEFF STONE, MARION ASHLEY; RIVERSIDE COUNTY CODE ENFORCEMENT DEPARTMENT A DIVISION OF A PUBLIC ENTITY; GREG FLANNERY, AN INDIVIDUAL, AND DOES 1 THRU 10, INCLUSIVE, <br><br> Defendants. | Case No. EDCV 10-1267-DDP (DTB) <br><br> ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

///

1    IT THEREFORE IS ORDERED that Judgment be entered granting the Motion
2 to Dismiss and dismissing this action without prejudice.

5 Dated: _December 21, 2011__   _____
                                 DEAN D. PREGERSON
                                 UNITED STATES DISTRICT JUDGE